AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:12-MJ-704-GWF |
| MAHAN MERAI | ) | |
| | ) | Charging District: Eastern District of Pennsylvania |
| *Defendant* | ) | Charging District's Case No. 12-cr-542-MAM |

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 0 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1797 | Courtroom No.: 13A<br><br>Date and Time: 10/26/12 at 3:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Oct 10, 2012

*Judge's signature*

GEORGE W. FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*